IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Richard Blaha, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER EXTENDING DEADLINES** |
| ) | **IN SCMO** |
| Sun Life Assurance Company of Canada, ) | |
| ) | C.A. No.: 6:16-cv-01736-MGL |
| Defendant. ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadlines in the Court's Specialized Case Management Order. [D.E.#6] so that they can continue to explore settlement before mediation and before preparing a joint stipulation. The Court is advised that the parties have exchanged responses to the Court's specialized interrogatories and Defendant has produced the administrative record and plan documents. The Court is further advised that mediation is scheduled to take place on October 6, 2016. Accordingly, the parties have asked that the deadline to mediate the above case be moved to October 6, 2016, and the deadline to file the joint stipulation and the parties' respective memoranda to be moved to December 7, 2016. For good cause shown, the Court does believe that an extension of time within which to mediate, to file a joint stipulation, and to file memoranda pursuant to the Court's Specialized Case Management Order is warranted.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate is hereby extended to October 6, 2016 and to file a joint stipulation and the parties' respective memoranda pursuant to the Court's Specialized

2

Case Management Order is hereby extended until December 7, 2016.  In all other regards, the parties shall comply with the Specialized Case Management Order.

**AND, IT IS SO ORDERED.**

                                                  s/Mary Geiger Lewis
                                                  Mary Geiger Lewis
                                                  United States District Judge

September 12, 2016
Columbia, South Carolina